William H. ROYSTER, Plaintiff–
Appellant,

v.

Thomas E. WHITE, Secretary of the
Army, Defendant–Appellee.

No. 02–51363.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2003.

Before JOLLY, HIGGINBOTHAM, and
SMITH, Circuit Judges.

PER CURIAM.*

William Royster appeals the dismissal of his title VII suit against the Secretary of the Army. The district court dismissed because White did not notify an equal employment opportunity counselor within forty-five days of the alleged discrimination.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court explained its reasons in a concise order dated October 11, 2002, and entered October 15, 2002. We agree with that court's analysis. In addition to the fact that Royster changed his story from time to time, to make it appear that he had satisfied the deadline, indisputable facts show he was notified of his termination well in excess of forty-five days before he took appropriate action to pursue the matter administratively.

Royster makes an equitable tolling argument. He did not raise that issue in the district court, so we will not consider it.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.